# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**KELLY S. IVEY**

    **Plaintiff,**
v.                           **CASE NO. 5:12-cv-243-RS-CJK**

**CAROLYN W. COLVIN,**
**Commissioner of Social Security[1],**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 18). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    The Commissioner's decision is **REVERSED**, and the matter **REMANDED** for further proceedings consistent with the Report and Recommendation.

    3.    The Court reserves jurisdiction to award attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412,

---

[1] Carolyn W. Colvin succeeded Michael J. Astrue as Commissioner of Social Security and is automatically substituted as the defendant. Fed. R. Civ. P. 25(d).

and will refer this matter to the Magistrate Judge in the event the parties are unable to agree.

4. The clerk is directed to close the file.

**ORDERED** on September 27, 2013.

<u>/S/ Richard Smoak</u>
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**