IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KELLY S. IVEY,**

  **Plaintiff,**

                5:12cv243-MW/CJK

**v.**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social Security,**

  **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 25. Upon consideration, without objection,[1]

**IT IS ORDERED:**

1. The report and recommendation is **accepted and adopted** as this Court's opinion.

2. The petition for attorneys' fees, ECF No. 23, is **GRANTED** in the amount of $11,830.50. The Commissioner is ordered to pay that amount to plaintiff's counsel from the plaintiff's past-due benefits.

---

[1] The Government indicated that it did not oppose Plaintiff's motion. ECF No. 23 at 4 ¶ 8.

1

3. Plaintiff's counsel be directed to refund to the plaintiff $6,244.01, which is equal to the amount of the EAJA fees previously awarded in this case.

**SO ORDERED on December 1, 2015.**

<u>s/Mark E. Walker</u>
**United States District Judge**
